LARRY SMITH (SBN 168148)
JENNIFER OTTER (SBN 266166)
BEBE STORES, INC.
400 Valley Dr.
Brisbane, California 94005
Telephone: (415) 657-4223
Facsimile: (415) 657-4424
jotter@bebe.com

IAN W. WADE, Bar No. 229150
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583
E-mail: iwade@littler.com

Attorneys for Defendants
bebe stores, inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| SANDI RUSH, | Case No.  CV11-09979 R (JCGx) |
|---|---|
| Plaintiff, | **JUDGMENT GRANTING DEFENDANT BEBE STORES, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| BEBE STORES, INC. dba BEBE #225, | **[Fed. R. Civ. Proc. 56(b)]** |
| Defendant. | Date:  September 17, 2012<br>Time:  10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Manual Real<br>Complaint Filed: December 1, 2011 |
| | Action Filed: December 1, 2011<br>Discovery Cut-Off: August 6, 2012<br>Pre-Trial Conf. Date: August 27, 2012<br>Trial Date: November 6, 2012 |

1   LARRY SMITH (SBN 168148)
    JENNIFER OTTER (SBN 266166)
2   BEBE STORES, INC.
    400 Valley Dr.
3   Brisbane, California 94005
    Telephone: (415) 657-4223
4   Facsimile: (415) 657-4424
    jotter@bebe.com
5
    IAN W. WADE, Bar No. 229150
6   LITTLER MENDELSON
    A Professional Corporation
7   2049 Century Park East
    5th Floor
8   Los Angeles, CA  90067.3107
    Telephone:  310.553.0308
9   Facsimile:   310.553.5583
    E-mail: iwade@littler.com
10
    Attorneys for Defendants
11  bebe stores, inc.

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14  SANDI RUSH,                          | Case No.  CV11-09979 R (JCGx)

15                    Plaintiff,         | **JUDGMENT GRANTING**
    v.                                   | **DEFENDANT BEBE STORES, INC.'S**
16                                       | **MOTION FOR SUMMARY**
    BEBE STORES, INC. dba BEBE #225,
17                                       | **[Fed. R. Civ. Proc. 56(b)]**
                      Defendant.
18                                       | Date:  September 17, 2012
                                         | Time:  10:00 a.m.
19                                       | Courtroom: 8
                                         | Judge: Hon. Manual Real
20                                       | Complaint Filed: December 1, 2011

21                                       | Action Filed: December 1, 2011
                                         | Discovery Cut-Off: August 6, 2012
22                                       | Pre-Trial Conf. Date: August 27, 2012
                                         | Trial Date: November 6, 2012
23

24

25

26

27

28

The Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion") of Defendant bebe stores, inc. ("bebe" or "Defendant") came on regularly for hearing on September 17, 2012, the Honorable Manuel Real, judge presiding.

The Court, having considered the evidence proffered in support of and in opposition to Defendant's Motion, having read and considered the supporting, opposition and reply points and authorities, and having heard and considered the arguments of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED** and JUDGMENT shall be entered in favor of Defendant as follows:

1.      Plaintiff's Claim for Relief Under The ADA Is Dismissed With Prejudice Defendant Was Not Required To Have An ISA At Its Only Entrance.

2.      Plaintiff's Claim for Relief Under The ADA Is Dismissed With Prejudice Because Defendant's Checkout Counter Complied With The ADAAG Requirements.

3.      Plaintiff's Claim for Relief Under The ADA Is Dismissed With Prejudice Because Defendant's Dressing Room Bench Was An Equivalent Facilitation Under the ADA.

6.      The Court Declines To Exercise Supplemental Jurisdiction Over Plaintiff's Remaining State Law Claims, And Accordingly, The Remaining State Law Claims Are Dismissed Without Prejudice.

Therefore, **IT IS FURTHER ORDERED** that Plaintiff take nothing by her Complaint.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    ___October 11, 2012

_____
                MANUEL REAL
        U.S. DISTRICT COURT JUDGE

Firmwide:114910829.1 028164.1052